31 P.3d 203

# SUPREME COURT OF HAWAI'I

Bremner v. City & County of Hono-
lulu .......................... 22540      08/13/2001   Denied      96 Hawai'i 134,
                                                                   28 P.3d 350

Fukida v. Hon/Hawaii Service and
Repair......................... 22514     09/05/2001   Granted     97 Hawai'i 38,
                                                                   33 P.3d 204